IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Paul Maldonado, | NO. CV-24-00065-TUC-JGZ |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL IN A CIVIL CASE |
| Alexis Cook, | |
| Defendant. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation for Dismissal, that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Debra D. Lucas
District Court Executive/Clerk of Court

December 23, 2024

By   s/ M. Espinoza
     Deputy Clerk